**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | Court File No. 25-cv-04721-JRT-LIB |
| Plaintiff, | **DEFENDANT'S STATEMENT OF THE CASE** |
| vs. | |
| U.S. Steel Corporation, | |
| Defendant. | |

Defendant U.S. Steel Corporation ("Defendant" or "USS") submits this Statement of the Case pursuant to the Court's Amended Pretrial Scheduling Notice and Order. (Doc. 9.)

Since 2012, USS has employed Casey Ferkul as a Mobile Equipment Operator at its Minntac mine in Mountain Iron, Minnesota. In September 2023, Ms. Ferkul disclosed to USS she was pregnant. Thereafter, Ms. Ferkul reported restrictions related to her pregnancy and requested accommodations. Because Ms. Ferkul's restrictions were incompatible with her regular job duties and USS could not readily ascertain job duties Ms. Ferkul could safely perform within her restrictions, it advised Ms. Ferkul to apply for Sickness & Accident ("S&A") benefits[1] as it further reviewed reasonable accommodations it could provide her in accordance with her restrictions and while it awaited additional information about Mr. Ferkul's restrictions from her medical provider. While Ms. Ferkul

---

[1] On November 15, 2023, USS agreed to reimburse Ms. Ferkul the difference between the S&A benefits and her regular wages during the entire period she was off work and receiving S&A benefits.

suggested USS reassign her to the Team Lead position, there were no such positions available at the time, Ms. Ferkul was not qualified for the Team Lead position, and Team Lead duties were incompatible with Ms. Ferkul's restrictions. USS offered Ms. Ferkul other positions that better aligned with her restrictions, but Ms. Ferkul rejected them.

On November 8, 2023, during a call with Ms. Ferkul, a union representative, and a USS Labor Relations representative, Ms. Ferkul agreed to return to work on the fuel truck and grease bus because the job duties allowed her to remain working with her regular crew, as she had requested, and they aligned with her restrictions. Upon returning, however, Ms. Ferkul refused to perform the work and did not in fact perform any work on the fuel truck and/or grease bus as previously agreed. Shortly thereafter, USS and Ms. Ferkul agreed she would work in a light duty role performing paperwork.

On January 9, 2024, Ms. Ferkul notified USS her pregnancy was ending. On January 16, 2024, Ms. Ferkul returned to work without restrictions. Ms. Ferkul remains employed by USS to date.

On or around May 13, 2024, Ms. Ferkul filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"). On July 11, 2025, the EEOC notified USS it found probable cause of a violation of the Pregnant Workers Fairness Act ("PWFA") and invited USS to participate in voluntary conciliation efforts. On July 24, 2025, USS responded to EEOC's proposal, agreeing to participate in conciliation efforts. The EEOC then initiated the instant lawsuit.

USS maintains it complied with its obligations under the PWFA and endeavored to engage in the interactive process to identify reasonable accommodations aligned with Ms.

Ferkul's pregnancy-related restrictions at all times. USS paid Ms. Ferkul for all wages she could have earned while she was off work and receiving S&A benefits between October 16, 2023, and November 8, 2023. USS accommodated Ms. Ferkul's restrictions during all times relevant to her claims.

Respectfully submitted,

Dated: April 8, 2026

**JACKSON LEWIS P.C.**

*/s/Elaine E. Luthens*
Jennifer Zwilling (0389153)
Elaine E. Luthens (0399797)
150 South Fifth Street, Suite 3500
Minneapolis, MN  55402
Tel: (612) 341-8131
Fax: (612) 341-0609
Email: Jennifer.Zwilling@jacksonlewis.com
        Elaine.Luthens@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4901-4174-6589, v. 4

3